**LaKeith L. MCCOY, Plaintiff-Appellant,**

v.

**J. RAMIREZ, Correctional Officer at CCI; et al., Defendants-Appellees.**

No. 17-16268

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 [*]

Filed February 23, 2018

LaKeith L. McCoy, Pro Se

Matthew Roman, Attorney, AGCA-Office of the California Attorney General, Sacramento, CA, John Randall Andrada, Esquire, Attorney, Andrada & Associates, Professional Corporation, Oakland, CA, for Defendant-Appellee

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

California state prisoner LaKeith L. McCoy appeals pro se from the magistrate judge's orders dismissing his 42 U.S.C. § 1983 action alleging excessive force and due process claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

McCoy and defendant Ramirez consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge, however, screened and dismissed claims against other named defendants in the action before those defendants had been served. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A. Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's orders and remand for further proceedings.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).